DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY WAYNE JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3559

[January 25, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk Volker, Judge; L.T. Case No. 50-2018-CF-010841-AXXX-MB.

Carey Haughwout, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 350 So. 3d 72 (Fla. 4th DCA 2022).

WARNER, CIKLIN and FORST, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***